UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ADONIS MURPHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. CLARK KELSO, et al.<br><br>　　　　Defendants. | Case No.: 1:12-cv-00309 - JLT (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S LETTER TO THE COURT AS A MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(Doc. 13) |

Plaintiff Gregory Adonis Murphy ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On April 3, 2013, the Court dismissed the complaint (Doc. 4) and granted Plaintiff 21 days from the date of service of the order to file a first amended complaint. (Doc. 11). Plaintiff failed to do so. On May 3, 2013, the Court ordered Plaintiff to show cause why the matter should not be dismissed for failure to comply with the Court's order. (Doc. 12).

At present, Plaintiff responds to the May 3, 2013, by a letter to the Court, which the Court now construes as a motion for extension of time to file an amended complaint. (Doc. 13). Plaintiff reports that he received the May 3, 2013, order, (Doc. 12), on May 16, 2013, as it went to the wrong facility.

1  (Doc. 13).¹ He requests additional time to respond as he is unable to "attend the legal library [sic] on a
2  regular basis," but does not state how much additional time is needed. Id.  Why he needs to access the
3  law library to file an amended complaint is unclear as the Court's April 3, 2013, order delineated the
4  legal standards by which Plaintiff must state his complaint.  Nevertheless, Plaintiff's motion for
5  extension of time is **GRANTED.**

6  Accordingly, finding **GOOD CAUSE** shown for Plaintiff's request for extension of time,
7  Plaintiff is **GRANTED** 30 days from the date of service of this Order to file his amended complaint.
8  **Absent an exceptional showing of good cause, no further extensions of time will be granted for**
9  **filing an amended complaint.**  Neither lack of law library access nor his failure to provide the Court
10 with his proper address shall constitute good cause.

12 IT IS SO ORDERED.

13    Dated:   **May 22, 2013**                             **/s/ Jennifer L. Thurston**
14                                                          UNITED STATES MAGISTRATE JUDGE

---

27 ¹Plaintiff is advised that Fed. R. Civ. P. 83 and Local Rule 182(f) impose a continuing duty on a party appearing pro se to notify the Clerk of the Court and any parties to this matter of any changes in address as they occur.  Plaintiff's failure to
28 comply with these rules in the future may result in a dismissal of this matter.