# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ADONIS MURPHY,<br><br>         Plaintiff,<br><br>    v.<br><br>KELSO, et al.,<br><br>         Defendants. | Case No. **1:12-cv-00309-LJO-JLT (PC)**<br><br>**ORDER REQUIRING DEFENDANTS ENENMOH, ALLISON and METTS TO FILE A RESPONSE TO THE MARSHAL'S REQUEST FOR REIMBURSEMENT OF COSTS OF SERVICE**<br><br>**(Doc. 26)**<br><br>**20-DAY DEADLINE** |

**I.     BACKGROUND**

Plaintiff, Gregory Adonis Murphy, is a state prisoner proceeding pro se and informa pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on August 30, 2011. (Doc. 1.) Plaintiff filed the First Amended Complaint on June 27, 2013. (Doc. 17.) On July 25, 2013, the Court issued an order for this action to proceed on the First Amended Complaint against Defendants Allison, Enenmoh, and Metts ("Defendants"). (Doc. 18.) On August 7, 2013, the Court ordered the United States Marshal ("Marshal") to serve process on Defendants. (Doc. 20.) On April 17, 2014, the Marshal filed a USM-285 form indicating that on March 6, 2014, personal service was effected upon Defendants. (Doc. 25.) On April 17, 2014, the Marshal filed a request for a court order requiring Defendants to reimburse the costs incurred by the Marshal for personal service ("Marshal's Request"), pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure. (Doc. 26.)

Defendants have not filed an opposition.

## II. DISCUSSION

Rule 4(d)(2) of the Federal Rules of Civil Procedure provides in part:

> An individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons . . . .
>
> If a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure be shown.

Fed. R. Civ. P. 4(d)(2).

The Marshal requests the Court to impose costs on Defendants for their failure to avoid unnecessary costs. On April 17, 2014, the Marshal filed a USM-285 form indicating that a waiver of service form was mailed to Defendants on September 4, 2013 and no response was received. (Doc. 25.) Personal service was executed on Defendants on March 6, 2014. *Id.*

Given that the Marshal's request was submitted in the form of a memorandum and may not have been recognized as a request for the court to impose costs, Defendants are granted an opportunity to file a response to the Marshal's Request.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty days from the date of service of this order, Defendants **SHALL** file a written response to the Marshal's Request, filed on April 17, 2014 (Doc. 26); and
2. Defendants' failure to comply with this order shall result in an order requiring Defendants to reimburse the Marshal for costs of personal service.

IT IS SO ORDERED.

Dated: **May 20, 2014**               /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE