# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ADONIS MURPHY,<br><br>    Plaintiff,<br><br>    v.<br><br>KELSO, et al.,<br><br>    Defendants. | 1:12-cv-00309-JLT (PC)<br><br>**ORDER STRIKING PLAINTIFF'S OPPOSITION TO DEFENDANTS' ANSWER**<br><br>(Doc. 31) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2014, Plaintiff filed an opposition to Defendants' answer in this action. (Doc. 31.)

Previously, on April 22, 2014, Plaintiff filed a motion to extend time to file an opposition to Defendants' answer which was denied. (Docs. 27, 29.) The order denying Plaintiff's motion instructed that neither the Federal Rules of Civil Procedure nor the Local Rules allow for a plaintiff to file an opposition, or reply, or any other responsive document(s) to a defendant's answer and that an answer merely identifies allegations in the operative complaint that a given defendant disputes and/or preserves defenses for later decision. Despite this, Plaintiff proceeded to file a 100 paged opposition to Defendants' answer. (Doc. 31.) Plaintiff is not allowed to file an opposition to Defendants' answer and did so in contradiction to this Court's prior order.

Thus, it is HEREBY ORDERED that Plaintiff's opposition to Defendants' answer, filed

1

May 2, 2014 (Doc. 31), is STRICKEN from the record in this case.

IT IS SO ORDERED.

    Dated:   **May 20, 2014**                                    **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE