IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY ADONIS MURPHY,**<br><br>Plaintiff,<br><br>v.<br><br>**KATHLEEN ALLISON, et al.,**<br><br>Defendants. | 1:12-cv-00309 LJO JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE**<br><br>(Doc. 38) |

Good cause appearing, the request of Defendants to depose Plaintiff via videoconference (Doc. 38) is **GRANTED** provided it is conducted consistent with the policies and capabilities of the institution where Plaintiff is housed and places no undue burden on prison officials.

IT IS SO ORDERED.

Dated:   **August 13, 2014**                             **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE