# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ADONIS MURPHY, | 1:12-cv-00309-LJO-JLT (PC) |
| Plaintiff, | **ORDER DENYING AND STRIKING PLAINTIFF'S MOTION TO MAKE CORRESPONDENCE PART OF THE PERMANENT RECORD** |
| v. | |
| KELSO, et al., | (Doc. 42) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

1983.  On August 25, 2014, Plaintiff filed a motion seeking to make two attached letters part of

"the permanent record" in this action.  (Doc. 42.)

The First Informational Order advised Plaintiff that the Court cannot serve as a repository

for the parties' evidence and that he may not file evidence with the Court until the course of

litigation brings the evidence into question.  (Doc. 8, p. 4, ¶6.)  Plaintiff is not allowed to file

letters and /or documentary evidence in isolation and his motion seeks to do so in contradiction to

this Court's prior order.

///

///

///

1

1    Thus, it is HEREBY ORDERED that Plaintiff's motion to make correspondence part of

2 the permanent record in this case, filed August 25, 2014 (Doc. 42), is DENIED and STRICKEN

3 from the record in this action.

4

IT IS SO ORDERED.

5

6    Dated:    **September 8, 2014**              **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28