# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ADONIS MURPHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELSO, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-00309-LJO-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**(Docs. 44, 49)** |

　　　　Plaintiff, Gregory Adonis Murphy, is a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 30, 2011.  This action is proceeding on Plaintiff's claims in the First Amended Complaint for relief under section 1983 against Defendants Allison, Enenmoh, and Metts for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.  (Docs. 17, 18.)   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 24, 2014, the Magistrate Judge filed a Findings and Recommendations which recommended denial of Plaintiff's Motion for a Preliminary Injunction.  Plaintiff was provided thirty days within which to file an Objection, with which he complied.  (*See* Doc. 53.) Defendants filed neither an opposition to Plaintiff's original motion, nor objections to the Findings and Recommendations.

　　　　In his objections, Plaintiff argues that defense counsel in this case has violated his

"Federal Right to Privacy" by "circumventing the proper channels when it comes to Plaintiff's Legal Mail [sic]" because it was not delivered to him through the proper channels. (*Id.*) However, the fact of the matter remains that this Court only has jurisdiction over the parties in this action. Defense counsel is not a party to this action. However, as an officer of the court, defense counsel is requested to make every effort to ensure that documents they serve on Plaintiff are mailed to the correct address of the facility where Plaintiff is housed. Beyond that, it is up to the prison's mailroom staff, who are not parties to this action and are thus beyond this Court's jurisdiction, to ensure that it is delivered to Plaintiff via "proper channels." To facilitate this, a copy of this order and Plaintiff's motion to the Warden's office and to the Litigation Coordinator at Valley State Prison in Chowchilla via facsimile transfer that they might be made aware of Plaintiff's concerns regarding the handling of his legal mail.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 24, 2014, is adopted in full;
2. Plaintiff's Motion for a Preliminary Injunction, filed September 4, 2014, is DENIED, without prejudice, for lack of jurisdiction; and
3. The Clerk's office is directed to forward a copy of this order and Plaintiff's motion (Doc. 44) to the Warden's office and to Litigation Coordinator at Valley State Prison in Chowchilla, CA via facsimile transfer that they might be made aware of Plaintiff's concerns regarding the handling of legal mail.

IT IS SO ORDERED.

Dated:   **December 31, 2014**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE