1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9   GREGORY ADONIS MURPHY,            **Case No.  1:12-cv-00309-LJO-JLT (PC)**

10            Plaintiff,              **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT**

11        v.

12   KELSO, et al.,                   **(Docs. 50, 52, 58)**

13            Defendants.

14

15
16
17
18
19
20
21

        Plaintiff, Gregory Adonis Murphy, is a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 30, 2011.  This action is proceeding on Plaintiff's claims in the First Amended Complaint for relief under section 1983 against Defendants Allison, Enenmoh, and Metts for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.  (Docs. 17, 18.)   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22
23
24
25

        On January 27, 2015, the Magistrate Judge filed a Findings and Recommendations which recommended denial of Plaintiff's Motions for Summary Judgment which contained notice that objections were to be filed within thirty days.  (Doc. 58.)  Plaintiff filed objections to which Defendants responded.  (Docs. 59, 60.)

26
27

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the

28

Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed January 27, 2015, is adopted in full;

2.     Plaintiff's Motions for Summary Judgment, filed October 27, 2014 and November 21, 2014, are DENIED, without prejudice.


IT IS SO ORDERED.

Dated:   **March 9, 2015**                     **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE